# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM G. MOORE

JUDGMENT IN A CIVIL CASE

v.

UNITED STATES OF AMERICA

CASE NUMBER: C07-5154FDB/
CR95-5415FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Petitioner's 28 U.S.C. §2255 petition and the motion for discovery are DENIED.

| April 4, 2007 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk