1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

WILLIAM G. MOORE, *et al.*,

          Defendants.

Case No. C07-5154FDB

ORDER DENYING MOTION FOR
RECONSIDERATION

15

16

17

       Defendant Moore moves for reconsideration of the Court's Order striking motions from the Court's calendar [Dkt. #s 15 and 17] for the reason that this matter is on appeal and this Court has no further jurisdiction.  Defendant's motion provides no reason to change that decision.

18

19

       ACCORDINGLY, IT IS ORDERED: Defendant Moore's Motion for Reconsideration [Dkt. # 19] is DENIED.

20

       DATED this 2nd day of July, 2007.

21

22

23

                            FRANKLIN D. BURGESS
                            UNITED STATES DISTRICT JUDGE

24

25

26

ORDER - 1